648

*Silberstein* for respondent.

No. 220. WEATHERFORD, CRUMP & CO. *v.* BASS, COLLECTOR OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Chester A. Bennett* and *Frank G. Gladney* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 221. CHEMISCHE FABRIK VON HEYDEN ET AL. *v.* TAIT, COLLECTOR OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *Andrew D. Sharpe* for respondent.

No. 223. FIRST NATIONAL BANK & TRUST CO. *v.* STOCK YARDS LOAN CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry S. Conrad, W. F. Wilson,* and *Robert E. Owens* for petitioner. *Mr. H. L. McCune* for respondent.

No. 226. UNITED STATES *v.* CONSOLIDATION COAL CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Biggs* for the United States. No appearance for respondent.